1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10   DUSTIN LANCE BLACK, an              )   CASE NO. CV09-5380 RGK (RCx)
     individual,                         )   Hon. R. Gary Klausner
11                                       )
                  Plaintiff,             )
12                                       )
                                         )   [~~PROPOSED~~] **ORDER GRANTING**
13        v.                             )   **PERMANENT INJUNCTION AS**
                                         )   **TO TRACI RAITT**
14                                       )
     STARZLIFE, INC., an entity of       )
15   unknown form d/b/a Starzlife and    )
     d/b/a Starzlife.com; NATHANIEL      )
16   THOMAS CONRAD FOLKS, an             )
     individual; MICHAEL LAWRENCE,       )
17   an individual; TRACI RAITT, an      )
     individual; SCOTT ALLEN             )
18   ENTERTAINMENT, INC., an             )
     unregistered fictitious entity; STEVEN )
19   LENEHAN, an individual;             )
     KELLY STAGG-LENEHAN, an             )
20   individual; SERGEY KNAZEV, an       )
     individual; JESSICA JOHNSON, an     )
21   individual; ZAC ALBRIGHT, an        )
     individual; and DOES 1-10, inclusive, )
22                                       )
                  Defendants.            )
23                                       )
     _____  )
24                                       )
25
26   / / /
27   / / /
28   / / /

The Court having considered that Plaintiff Dustin Lance Black ("Black" and/or "Plaintiff"), on the one hand, and Defendant Traci Raitt ("Raitt"), on the other hand, stipulated to judgment to be entered against Defendant Raitt in the form of the entry and issuance of the following Permanent Injunction on the terms set forth in said parties' Stipulation and Order thereon, pursuant to which Raitt expressly waives any objection and expressly stipulates to the factual and legal basis for entry thereof and to the issuance of a Permanent Injunction order as requested by Black;

AND, the Court having considered the Joint Stipulation for Entry of Permanent Injunction against Traci Raitt, the Complaint, the declarations and memorandum of points and authorities presented by Plaintiff in support of the Application for Preliminary Injunction, and any other papers, evidence or arguments presented by the parties in connection with Plaintiff's Application;

**IT IS HEREBY ORDERED THAT:**

1.      DEFENDANT Traci Raitt ("Raitt"), and her entities, companies and fictitious d/b/a's, and her agents, partners, servants, employees, representatives and attorneys, and all those in active concert or participation with Raitt, and each of them (collectively, the "Raitt Related-Parties"), are hereby PERMANENTLY:

(a)      RESTRAINED and ENJOINED from displaying, posting for view or access on or through the Internet or in any other manner or in any other format or medium or outlet, and from publishing, distributing, broadcasting, transferring, exploiting, attempting to exploit, selling or licensing, offering to sell or license, facilitating the sale or licensing of, and/or otherwise disseminating, the Video, Photos and/or Property (each as defined hereinbelow), and from making any use of the Video, Photos and/or Property or images thereof or any information contained therein, all whether in electronic or hard-copy form or in any other manner; and

/ / /

(b)      RESTRAINED and ENJOINED from infringing and making any

1  unauthorized use of Black's name, photograph, image, likeness and/or persona and/or
2  the Videos or Photos in connection with any commercial purpose(s), including on the
3  internet to advertise, sell, license and/or exploit the Video and Photos;

4      2.    RAITT, and the Raitt Related-Parties, and each of them, are hereby
5  further (subject to sub-paragraph (g) below):

6      (a)    ORDERED to immediately deliver and turn-over to Plaintiff's
7  counsel, each and every copy of the Video and/or any of the Photos and/or Property
8  in their possession, control or custody, that exists in a *tangible hard-copy form*,
9  including turning over any copies on any print-outs, hard-copies, portable storage
10  devices, CD's, DVD's and/or flash drives (collectively, a "Portable Device")
11  containing the same;

12      (b)    ORDERED to immediately delete and destroy each and every
13  electronically stored copy of the Video and/or any of the Photos and/or Property in
14  their possession, control or custody, that exists in any format or medium in a *non-*
15  *tangible form or which does not reside on a Portable Device* (in contrast to material
16  on a Portable Device as referenced in sub-paragraph (a) above), including as may exist
17  on any stationary storage devices or systems, servers, computer CPU's, laptops, in any
18  online storage account systems, e-mail accounts or networked drives (collectively,
19  "Non-Portable Formats"), with said deletion and destruction in such a manner that
20  reasonably assures complete and permanent destruction of such property without
21  ability to resurrect or undelete the same;

22      (c)    ORDERED to immediately recall, retrieve and obtain through
23  Raitt's and the Raitt Related-Parties' best efforts the Video and any and all Photos and
24  Property, and all copies thereof, in any format or medium, from any persons or entities
25  who received possession of any of said material from Raitt and/or the Raitt Related-
26  Parties', and to either destroy such property in a manner consistent with Section 2(b),
27  or alternatively, as possible, to deliver to Black's counsel all copies of the Video
28  and/or any of the Photos and/or Property so retrieved under this section;

1    (d)    ORDERED to immediately give notice (along with a copy of this

2  Order) to any and all persons and entities who have or had copies of any part of the

3  Video or any of the Photos or any of the Property, received by/through Raitt and/or

4  the Raitt Related-Parties', that they are permanently restrained and enjoined by Court

5  Order from displaying, posting for view or access on or through the Internet or in any

6  other manner or in any other format or medium or outlet, and from publishing,

7  distributing, broadcasting, transferring, exploiting, attempting to exploit, selling or

8  licensing, offering to sell or license, facilitating the sale or licensing of, and/or

9  otherwise disseminating, the Video, Photos and/or Property, and from making any use

10  of the Video, Photos and/or Property or images thereof or any information contained

11  therein, and provide a copy of each said sent notice to Plaintiff's counsel;

12    (e)    ORDERED to immediately provide (and from each Raitt Related-

13  Parties to the extent he/she/it had possession at any time of a copy of the any of the

14  Property) a sufficient accounting to Black's counsel, under statement of penalty of

15  perjury, which provides Black with a list documenting and accounting for: (i) every

16  item of Property in their possession, control or custody, at any time present or past;

17  and (ii) every item that was/is destroyed under paragraphs 2(b) and/or (c); and (iii)

18  every item that was/is delivered and turned-over to Black's counsel; (iv) every item

19  of Property provided, at any time, to any licensees and/or other persons or entities; and

20  (iv) every item of Property recalled and/or retrieved from any persons or entities who

21  received possession of any of said material from Raitt and/or the Raitt Related-Parties;

22

23  / / /

24  / / /

25

26    (f)    ORDERED to immediately provide Black's counsel with a list of

27  identifying information (containing to the extent known to Raitt and/or the Raitt

28  Related-Parties, the name, address, telephone number, e-mail address and facsimile

1    number) for all persons and entities who have or had copies of any part of the Video

2    or any of the Photos or any of the Property, received by/through said Raitt or any of

3    the Raitt Related-Parties.

4            (g)      PROVIDED HOWEVER, to the extent that Raitt and/or any

5    particular Raitt Related-Parties have already complied with the requirements of the

6    subparagraphs 2 (a) through (f) above in connection with the Court's temporary

7    restraining order and/or preliminary injunction, Raitt and the particular Raitt Related-

8    Parties are relieved from having to comply with such subparagraphs for a second time.

9    Counsel for Black and Raitt shall work together in good faith to resolve any disputes

10    concerning compliance herewith prior to seeking the Court's intervention.

11            3.      As used in this Order, the following definitions shall apply:

12            (a)      The "Video" means and shall include the personal video, and any

13    and all outtake photo images therefrom, that captures and/or features and/or includes

14    Dustin Lance Black, either individually and/or with Jeff Delancy, engaged in explicit

15    intimate physical sexual acts and/or which show either of their genitalia;

16            (b)      The "Photos" means and shall include any and all of the photos

17    that capture and/or feature and/or include Dustin Lance Black, either individually

18    and/or with Jeff Delancy, engaged in explicit intimate physical sexual acts and/or

19    which show either of their genitalia;

20            (c)      The "Property" collectively means and shall include both all of the

21    Video and Photos, and any and all outtake photo images, portions and/or derivative

22    images therefrom.

23    / / /

24    / / /

25

26                          **<u>SERVICE OF PROCESS</u>**

27       A copy of this Order shall be served upon Raitt via telecopier, e-mail or Federal

28    Express or similar delivery service, or through her designated counsel.

1    **IT IS SO ORDERED.**

2

3    Dated: November 6, 2009    _____

4                                HON. R. GARY KLAUSNER
                                 UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28