MARTIN D. SINGER, ESQ. (BAR NO. 78166)
EVAN N. SPIEGEL, ESQ. (BAR NO. 198071)
LAVELY & SINGER
PROFESSIONAL CORPORATION
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile:  (310) 556-3615
E-mail:     mdsinger@lavelysinger.com
            espiegel@lavelysinger.com

Attorneys for Plaintiff
DUSTIN LANCE BLACK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN LANCE BLACK, an individual, | CASE NO. CV09-5380 RGK (RCx) Hon. R. Gary Klausner |
| Plaintiff, | |
| v. | [PROPOSED] JUDGMENT FOR DAMAGES AGAINST FOLKS |
| STARZLIFE, INC., an entity of unknown form d/b/a Starzlife and d/b/a Starzlife.com; NATHANIEL THOMAS CONRAD FOLKS, an individual; MICHAEL LAWRENCE, an individual; TRACI RAITT, an individual; SCOTT ALLEN ENTERTAINMENT, INC., an unregistered fictitious entity; STEVEN LENEHAN, an individual; KELLY STAGG-LENEHAN, an individual; SERGEY KNAZEV, an individual; JESSICA JOHNSON, an individual; ZAC ALBRIGHT, an individual; DEAL WITH IT PEOPLE, INC., a California Corporation, and d/b/a Starzlife and Starzlife.com; and DOES 1-10, inclusive, | |
| Defendants. | |

/ / /

## ORDER AND JUDGMENT

Upon stipulation of the parties, good cause appearing therefor, IT IS ADJUDGED AND DECREED that:

A monetary Judgment in the sum of One Hundred Thousand Dollars ($100,000.00) shall hereby issue and be entered in favor of Plaintiff Dustin Lance Black as the prevailing party for recovery against Defendant NATHANIEL THOMAS CONRAD FOLKS, for damages and compensation deemed specifically awarded for intentional tortious conduct by Folks in violation of Black's copyrights and statutory and common law rights of publicity and rights of privacy; plus pre-judgment interest at the statutory limit commencing on April 20, 2010, and recovery of all costs and fees incurred in execution of, enforcement and collection of the Judgment; and

A Permanent Injunction shall issue and be entered in favor of Plaintiff Dustin Lance Black against Defendant NATHANIEL THOMAS CONRAD FOLKS (individually and through any entity, partnerships, dba's and venture that he owns, directs and/or controls).

**IT IS SO ORDERED.**

DATED: MAY - 4 2010

_____
The Honorable R. Gary Klausner
United States District Court Judge