1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11  DUSTIN LANCE BLACK, an              )  CASE NO. CV09-5380 RGK (RCx)
    individual,                         )  Hon. R. Gary Klausner
12                                      )
            Plaintiff,                  )
13                                      )  [PROPOSED] ORDER
        v.                             )  GRANTING PERMANENT
14                                      )  INJUNCTION AGAINST
                                        )  KELLY STAGG LENEHAN
15  STARZLIFE, INC., an entity of       )
    unknown form d/b/a Starzlife and    )
16  d/b/a Starzlife.com; NATHANIEL      )
    THOMAS CONRAD FOLKS, an             )
17  individual; MICHAEL LAWRENCE,       )
    an individual; TRACI RAITT, an      )
18  individual; SCOTT ALLEN             )
    ENTERTAINMENT, INC., an             )
19  unregistered fictitious entity;     )
    STEVEN LENEHAN, an individual;      )
20  KELLY STAGG-LENEHAN, an             )
    individual; SERGEY KNAZEV, an       )
21  individual; JESSICA JOHNSON, an     )
    individual; ZAC ALBRIGHT, an        )
22  individual; and DOES 1-10, inclusive,)
                                        )
23          Defendants.                 )
                                        )
24  _____)
                                        )
25

26  / / /

27  / / /

28  / / /

The Court having considered that Plaintiff DUSTIN LANCE BLACK ("Black" and/or "Plaintiff"), on the one hand, and Defendant KELLY STAGG LENEHAN a/k/a KELLY STAGG ("Stagg-Lenehan"), on the other hand, stipulated to judgment to be entered against Stagg Lenehan in the form of the entry and issuance of the following Permanent Injunction on the terms set forth in said parties' Stipulation and Order thereon, pursuant to which Stagg Lenehan expressly waives any objection and expressly stipulates to the factual and legal basis for entry thereof and to the issuance of a Permanent Injunction order as requested by Plaintiff;

AND, the Court having considered the Joint Stipulation for Judgement of Entry of Permanent Injunction against Johnson, the Complaint and First Amended Complaint, the declarations and memorandum of points and authorities presented by Plaintiff in support of the Application for Preliminary Injunction, and any other papers, evidence or arguments presented by the parties, including in connection with Plaintiff's Application;

**IT IS HEREBY ORDERED THAT:**

1.    DEFENDANT KELLY STAGG LENEHAN, individually and each of her respective entities, fictitious entities, partnerships, affiliates, partnerships and dba's, registered or unregistered, or other means that she owns, directs and/or controls, and her agents, partners, servants, employees, representatives and attorneys, and all those in active concert or participation with Johnson (collectively, the "Stagg Lenehan Related-Parties"), are hereby PERMANENTLY:

(a)    RESTRAINED and ENJOINED from displaying, posting for view or access on or through the Internet or in any other manner or in any other format or medium or outlet, and from publishing, distributing, broadcasting, transferring, exploiting, attempting to exploit, selling or licensing, offering to sell or license, facilitating the sale or licensing of, and/or otherwise disseminating, the Video, Photos and/or Property (each as defined hereinbelow), and from making any use of the Video, Photos and/or Property or images thereof or any information

1  contained therein, all whether in electronic or hard-copy form or in any other
2  manner; and

3         (b)      RESTRAINED and ENJOINED from infringing and making any
4  unauthorized use of Black's name, photograph, image, likeness and/or persona
5  and/or the Videos or Photos in connection with any commercial purpose(s),
6  including on the internet to advertise, sell, license and/or exploit the Video and
7  Photos;

8         2.      Stagg Lenehan, and the Stagg Lenehan Related-Parties, and each of
9  them, are hereby further (subject to sub-paragraph (g) below):

10         (a)      ORDERED to immediately deliver and turn-over to Plaintiff's
11  counsel, each and every copy of the Video and/or any of the Photos and/or Property
12  in their possession, control or custody, that exists in a *tangible hard-copy form*,
13  including turning over any copies on any print-outs, hard-copies, portable storage
14  devices, CD's, DVD's and/or flash drives (collectively, a "Portable Device")
15  containing the same;

16         (b)      ORDERED to immediately delete and destroy each and every
17  electronically stored copy of the Video and/or any of the Photos and/or Property in
18  their possession, control or custody, that exists in any format or medium in a *non-*
19  *tangible form or which does not reside on a Portable Device* (in contrast to material
20  on a Portable Device as referenced in sub-paragraph (a) above), including as may
21  exist on any stationary storage devices or systems, servers, computer CPU's,
22  laptops, in any online storage account systems, e-mail accounts or networked drives
23  (collectively, "Non-Portable Formats"), with said deletion and destruction in such
24  a manner that reasonably assures complete and permanent destruction of such
25  property without ability to resurrect or undelete the same;

26         (c)      ORDERED to immediately recall, retrieve and obtain, through
27  Stagg Lenehan's and the Stagg Lenehan Related-Parties' best efforts, the Video and
28  any and all Photos and Property, and all copies thereof, in any format or medium,

1  from any persons or entities who received possession of any of said material from

2  Stagg Lenehan and/or the Stagg Lenehan Related-Parties, and to either destroy such

3  property in a manner consistent with Section 2(b), or alternatively, to the fullest

4  extent possible, to deliver to Black's counsel all copies of the Video and/or any of

5  the Photos and/or Property so retrieved under this section;

6          (d)    ORDERED to immediately give notice (along with a copy of this

7  Order) to any and all persons and entities who have or had copies of any part of the

8  Video or any of the Photos or any of the Property, received by/through Stagg

9  Lenehan and/or the Stagg Lenehan Related-Parties, that they are permanently

10  restrained and enjoined by Court Order from displaying, posting for view or access

11  on or through the Internet or in any other manner or in any other format or medium

12  or outlet, and from publishing, distributing, broadcasting, transferring, exploiting,

13  attempting to exploit, selling or licensing, offering to sell or license, facilitating the

14  sale or licensing of, and/or otherwise disseminating, the Video, Photos and/or

15  Property, and from making any use of the Video, Photos and/or Property or images

16  thereof or any information contained therein, and provide a copy of each said sent

17  notice to Plaintiff's counsel;

18          (e)    ORDERED to immediately provide (and from each of the Stagg

19  Lenehan Related Parties to the extent he/it/they had possession at any time of a copy

20  of the any of the Property) a sufficient accounting to Black's counsel, under

21  statement of penalty of perjury, which provides Black with a list documenting and

22  accounting for: (i) every item of Property in their possession, control or custody, at

23  any time present or past; and (ii) every item that was/is destroyed under paragraphs

24  2(b) and/or (c); and (iii) every item that was/is delivered and turned-over to Black's

25  counsel; (iv) every item of Property provided, at any time, to any licensees and/or

26  other persons or entities; and (v) every item of Property recalled and/or retrieved

27  from any persons or entities who received possession of any of said material from

28  Stagg Lenehan and/or the Stagg Lenehan Related-Parties;

   (f) ORDERED to immediately provide Black's counsel with a list of identifying information (containing to the extent known to Stagg Lenehan and/or the Stagg Lenehan Related-Parties, the name, address, telephone number, e-mail address and facsimile number) for all persons and entities who have or had copies of any part of the Video or any of the Photos or any of the Property, received by/through the Stagg Lenehan and/or any of the Stagg Lenehan Related-Parties.

   (g) PROVIDED HOWEVER, to the extent that Stagg Lenehan and/or any of the Stagg-Lenehan Related-Parties have already complied with the requirements of the subparagraphs 2 (a) through (f) above in connection with the Court's temporary restraining order and/or preliminary injunction, Stagg Lenehan and the particular Stagg Lenehan Related-Parties are relieved from having to comply with such subparagraphs for a second time.  Counsel for Black and Stagg Lenehan shall work together in good faith to seek to resolve any disputes concerning compliance herewith prior to seeking the Court's intervention.

  3. As used in this Order, the following definitions shall apply:

   (a) The "Video" means and shall include the personal video, and any and all outtake photo images therefrom, that captures and/or features and/or includes Dustin Lance Black, either individually and/or with Jeff Delancy, engaged in explicit intimate physical sexual acts and/or which show either of their genitalia;

   (b) The "Photos" means and shall include any and all of the photos that capture and/or feature and/or include Dustin Lance Black, either individually and/or with Jeff Delancy, engaged in explicit intimate physical sexual acts and/or which show either of their genitalia;

   (c) The "Property" collectively means and shall include both all of the Video and Photos, and any and all outtake photo images, portions and/or derivative images therefrom.

/ / /

1
## SERVICE OF PROCESS

2      A copy of this Order shall be served upon Stagg Lenehan via either

3 telecopier, e-mail or Federal Express or similar delivery service, or by copy to her

4 designated counsel, if any. *This Order shall NOT modify or affect*

5 **IT IS SO ORDERED.** *the rights of any Third parties not*

6                        *party to The stipulation underlying This*

                         *Order. sic*

7 Dated: JUN 2 8 2010 , 2010      _____

8                                          HON. R. GARY KLAUSNER
                                           UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28